996 A.2d 452

IN THE MATTER OF LAURIE J. BESDEN, AN ATTORNEY AT LAW (ATTORNEY NO. 014051999).

June 18, 2010.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **LAURIE J. BESDEN of PLYMOUTH MEET-ING, PENNSYLVANIA,** who was admitted to the bar of this State in 2000, and who was suspended retroactively from the practice of law for a period of three years, effective December 1, 2005, by Order of this Court filed October 8, 2009, be restored to the practice of law, effective immediately.